# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| SAFI MUSTAPHA BZEIH, | ) |
| Petitioner, | ) |
| v. | ) Case Number: 4:15-cv-00275-KOB-JHE |
| ERIC H. HOLDER, et al. | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On February 2, 2016, the magistrate judge entered a Report and Recommendation, recommending that the court dismiss without prejudice the petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. (Doc. 9). No party has filed any objections.

After a de novo consideration of the entire file in this action, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. The court finds that the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE** for the reasons explained in the Report and Recommendation.

The court will enter a separate Order in conformity with this Memorandum Opinion.

DONE and ORDERED this 3rd day of March, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE